United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>,<br><br>　　　　Defendant. | Case No. 23-cv-03089-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff, a federal prisoner in Arizona acting pro se, sent a letter to the Court alleging corruption in various Bay Area counties. In light of plaintiff's pro se status, the Court treated the letter as a complaint, and opened a new case for him. Plaintiff was sent a notice stating that he had not paid the filing fee, submitted a complete application for leave to proceed in forma pauperis ("IFP"), or submitted a formal complaint. He was given twenty-eight days to act on one of these options.

More than twenty-eight days has passed, and plaintiff has not communicated with the Court. This case is dismissed without prejudice, and no fee or fee-related action is needed. If plaintiff wants to initiate a court case, he must file a formal complaint and pay the filing fee or submit a complete application to proceed IFP.

**IT IS SO ORDERED.**

Dated: August 17, 2023

JAMES DONATO
United States District Judge